UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :     UNSEALING ORDER
                                     :
            - v. -                   :     S2 21 Cr. 218 (AT)
                                     :
LUIS ALBERTO ARIAS ARIAS,            :
     a/k/a "Fendi,"                  :
     a/k/a "Pinponpo,"               :
                                     :
            Defendant.               :
                                     :
- - - - - - - - - - - - - - - - - - X

          Upon application of the United States of America, by

     and through Assistant United States Attorney Ni Qian,

          IT IS HEREBY ORDERED that Indictment S2 21 Cr. 218,

which was filed under seal on August 30, 2021, be unsealed

forthwith.


SO ORDERED.

Dated:    New   York,   New   York
          December  7 , 2022


                              HONORABLE VALERIE FIGUEREDO
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF NEW YORK