```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/28/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

LUIS ALBERTO ARIAS ARIAS,

                    Defendant.

21 Cr. 218-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial conference scheduled in this matter for January 3, 2023, is ADJOURNED to **January 4, 2023**, at **1:00 p.m.**

    SO ORDERED.

Dated: December 28, 2022
       New York, New York

                                      ANALISA TORRES
                                United States District Judge