

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2023

1330 Beacon S[t]
Brookline, MA
Tel. (617) 849-
www.ottosantana.com

March 23, 2023

Hon. Analisa Torres
United States District Judge
Southern District of New York
New York, NY 10007

    Re: <u>United States v. Arias Casilla et al., 21-Cr-218</u>

Honrobale Judge Torres:

    I am the attorney representing Luis Arias Arias in this matter. Respectfully, I am requesting a thirty-day adjournment for the upcoming court appearance scheduled for April 5, 2023, as I need more time to review of the discovery and discuss potential resolution of this the case. AUSA Ni Qian has consented to the adjournment. The defense consents to the exclusion of time.

    Thank you in advance for your kind consideration.

Respectfully,

/s/ Otto Medrano Santana

Otto Medrano Santana, Esq.

---

GRANTED.  The conference scheduled for April 5, 2023, is ADJOURNED to **May 9, 2023**, at **1:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.  Time until May 9, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for Defendant to review discovery and for counsel to discuss pretrial resolution of this case.

SO ORDERED.

Dated: March 27, 2023
     New York, New York

ANALISA TORRES
United States District Judge

1