

U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/19/2023___

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 18, 2023

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Luis Arias Arias</u>, S1 21 Cr. 218 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request, with defendant's consent, that the Court adjourn the trial date currently set to start on May 15, 2023. The parties request a trial date in August instead.

    The Government and defense counsel continue to engage in discussions regarding a pretrial disposition. Accordingly, with the consent of defense counsel, the Government is seeking an adjournment of the trial date to allow for those discussions to occur. The Government is also requesting an exclusion of time under the Speedy Trial Act for the same reasons.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by:   /s/_____
        Ni Qian
        Assistant United States Attorney
        (212) 637-2464

GRANTED. Trial is ADJOURNED to **August 7, 2023**, at **9:00 a.m.** The time between May 9, 2023, and August 7, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to discuss potential pretrial resolutions.

SO ORDERED.

Dated: April 19, 2023
       New York, New York

                                            _____
                                            ANALISA TORRES
                                            United States District Judge