

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/5/2023__

U.S. Department

*United States A*
*Southern Distri*

*The Silvio J. Mollo Bui*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2023

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Luis Arias Arias, S1 21 Cr. 218 (AT)

Dear Judge Torres:

The Government respectfully submits this letter to request, with defendant's consent, that the Court adjourn the status conference currently scheduled for May 9, 2023.

The Government and defense counsel continue to engage in discussions regarding a pretrial disposition. Accordingly, with the consent of defense counsel, the Government is seeking an adjournment of the status conference to allow time for those discussions to continue.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: __/s/_____
Ni Qian
Assistant United States Attorney
(212) 637-2464

**CC (By ECF)**
All Counsel of Record

---

GRANTED. The status conference scheduled for May 9, 2023, is ADJOURNED to **July 5, 2023**, at **2:30 p.m.**

SO ORDERED.

Dated: May 5, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge