USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2023



1330 Beacon S[t]
Brookline, MA
Tel. (617) 849-
www.ottosantana.com

June 28, 2023

Hon. Analisa Torres
United States District Judge
Southern District of New York
New York, NY 10007

Re: **United States v. Arias Casilla et al., 21-Cr-218**

Honorable Judge Torres:

I am the attorney representing Luis Arias Arias in this matter. Respectfully, I am requesting an adjournment for the upcoming court appearance scheduled for July 5, 2023. As reason for this request, counsel states that the parties are close to resolution in this matter, but more time is needed to reach an agreement.

AUSA Ni Qian has consented to the adjournment. The defendant consents to the exclusion of time.

Thank you in advance for your kind consideration.

Respectfully,

/s/ Otto Medrano Santana

Otto Medrano Santana, Esq.

---

GRANTED. The conference scheduled for July 5, 2023, is ADJOURNED to **August 29, 2023**, at **1:00 p.m.** The trial scheduled for August 7, 2023, is ADJOURNED *sine die*. Time between August 7, 2023, and August 29, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to discuss potential pretrial resolutions.

SO ORDERED.

Dated: June 29, 2023
New York, New York

ANALISA TORRES
United States District Judge

1