```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/1/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

LUIS ALBERTO ARIAS ARIAS,

      Defendant.

21 Cr. 218-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled in this matter for August 29, 2023, is ADJOURNED to **October 31**, **2023**, at **11:40 a.m.**

    SO ORDERED.

Dated: August 1, 2023
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge