UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LUIS ARIAS ARIAS,

                                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/29/2023
```

21 Cr. 218-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 20, 2023, counsel for Defendant informed the Court that the parties would be seeking an adjournment for the status conference scheduled for January 3, 2024. The parties have been instructed multiple times to file an adjournment request on the public docket and inform the Court as to the length of the requested adjournment. No request has been received. Accordingly, the conference scheduled in this matter for January 3, 2024, is ADJOURNED *sine die.*

By **January 5, 2024**, the parties shall file a status update with the Court, addressing discussions regarding a pretrial disposition and proposing a date for the adjourned conference.

SO ORDERED.

Dated: December 29, 2023
        New York, New York

ANALISA TORRES
United States District Judge