UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LUIS ARIAS ARIAS,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2024

21 Cr. 218-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The change-of-plea hearing in this matter currently scheduled for February 6, 2024, is ADJOURNED to **February 13, 2024**, at **2:00 p.m.**

    SO ORDERED.

Dated: January 23, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge