```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/24/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

LUIS ARIAS ARIAS,

Defendant.

21 Cr. 218-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The change-of-plea hearing in this matter currently scheduled for February 13, 2024, is RESCHEDULED to **February 6, 2024**, at **4:00 p.m.**

SO ORDERED.

Dated: January 24, 2024
New York, New York

ANALISA TORRES
United States District Judge