```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/21/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

LUIS ARIAS ARIAS,

Defendant.

21 Cr. 218-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing in this matter currently scheduled for June 25, 2024, is ADJOURNED to **July 2, 2024**, at **4:00 p.m.** Sentencing will take place in **Courtroom 26B** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **June 25, 2024**, Defendant shall submit any letters of support for the Court's consideration.

SO ORDERED.

Dated: June 21, 2024
    New York, New York

_____
ANALISA TORRES
United States District Judge