UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

LUIS ARIAS ARIAS,

                 Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/2024
```

21 Cr. 218-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing in this matter currently scheduled for July 2, 2024, is ADJOURNED to **September 3, 2024, at 1:00 p.m.** Sentencing will take place in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: July 2, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge